

# Fourth Court of Appeals
## San Antonio, Texas

April 10, 2015

No. 04-14-00736-CV

Annah Cardash **BERRY**,
Appellant

v.

Starrett **BERRY** and Laura Berry,
Appellees

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 13859
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellant's Unopposed Motion to Dismiss Accelerated Appeal filed on April 6, 2015 is DENIED. *See* Tex. R. App. P. 8.3(a).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court